## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

VERSUS

MICHAEL ALMANZA, ET AL.

NO.: 15-00145-BAJ-RLB

### RULING AND ORDER

Before the Court are two motions filed by Defendant Justin Scott and Defendant Brian Keith Hano, Jr., which request the Court to declare the above-captioned matter complex and to reset pretrial and trial dates. (*See* Docs. 60, 64). Defendants argue that the standard pretrial scheduling order is inappropriate in this matter, wherein eleven co-defendants are charged collectively with twelve counts of related offenses. Defendants assert that the United States has provided Defendants with five discs containing voluminous discovery. (Doc. 60 at ¶¶ 2, 4; Doc. 64 at ¶ 6). The United States does not oppose Defendant Justin Scott's motion.[1] (*See* Doc. 66).

The Court finds that the instant case is so complex, due to the number of defendants, the number of interrelated charges, and the large volume of discovery, that it is unreasonable to expect adequate preparation under the time limits established under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). As a result, the Court further finds that the ends of justice served by granting a continuance in this matter outweigh the best interests of the public and Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

---

[1] The United States filed its response before Defendant Brian Keith Hano, Jr. filed his motion seeking identical relief.

JURY

Accordingly,

**IT IS ORDERED** that Defendant Justin Scott's **Motion to Certify Case as Complex Pursuant to 18 USC § 3161 (Doc. 60)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Brian Keith Hano, Jr.'s **Motion to Adopt Motion to Certify Case as Complex (Doc. 64)** is **GRANTED**.

**IT IS FURTHER ORDERED** that, with respect to all defendants, the pretrial conference set for January 11, 2016 and the trial set for January 20, 2016 are **CANCELLED**, and previously set deadlines for filing substantive motions are all **CANCELLED**.

**IT IS FURTHER ORDERED** that counsel for all defendants shall participate in a status conference at **4:00 p.m. on Thursday, January 21, 2016**. Counsel are to be prepared to discuss deadlines, including pretrial and trial dates.

Baton Rouge, Louisiana, this 4th day of January, 2016.

_____

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**